# Index of Exhibits

Exhibit A – criminal complaint

Exhibit B – transcript of detention hearing

Exhibit C – order of detention

Exhibit D – Snapchat chat log excerpt

Exhibit E – Photos from search warrant

Exhibit F – Code violation letter

Exhibit G – Pinterest screenshots

Exhibit H – Ferndale police report

Exhibit I – 2011 Warren police report

Exhibit J – 2016 Warren police report

Exhibit K – St. John police report

Exhibit L – Clinton Twp police report

Exhibit M – letter from victims' parents

Exhibit N – Letter from U.S. Attorney

Exhibit O – excerpt of statement from Madison's parent

Exhibit P – McShan medical records (Filed Under Seal)