


Cellebrite
www.cellebrite.com

**Extraction Report** - Samsung SM-J327T1 Galaxy J3 2017

## Participants


mr.mcshan
mr.smoke (owner)




## Conversation - Instant Messages (538)

> **mr.mcshan mr.smoke**
>
> Ill probably get it tonight hun so you can get back home before you gotta go to work or I can get it tomorrow and you can come out when you get off work and just stay the night.
>
> | Participant | Delivered | Read | Played |
> | --- | --- | --- | --- |
> | ▮▮▮▮▮ | | | |
>
> **Read:** 1/7/2019 11:27:51 PM(UTC-5)
>
> 12/29/2018 8:43:06 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x12928F (Table: Message, Friend, Size: 4231168 bytes)

> ▮▮▮▮▮▮
>
> My dad just called my car a green bomb cause my car is scary
>
> | Participant | Delivered | Read | Played |
> | --- | --- | --- | --- |
> | mr.mcshan mr.smoke | | | |
>
> **Read:** 1/7/2019 11:38:28 PM(UTC-5)
>
> 12/29/2018 10:14:40 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1290A5 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

> **mr.mcshan mr.smoke**
>
> Lol mean green driving machine
>
> | Participant | Delivered | Read | Played |
> | --- | --- | --- | --- |
> | ▮▮▮▮▮ | | | |
>
> **Read:** 1/7/2019 11:27:51 PM(UTC-5)
>
> 12/29/2018 10:15:12 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1294DA (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Lmao welcome to my life with everyone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ | | | |

**Read:** 1/7/2019 11:27:51 PM(UTC-5)

12/29/2018 11:52:20 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1295A5 (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Its not just her that how everyone is i swaer but im use to it and will figure something out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Read:** 1/7/2019 11:27:51 PM(UTC-5)

12/29/2018 11:53:45 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129679 (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

I know i want and naw yu dont say it to much cause its ture i miss yu so much

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Read:** 1/7/2019 11:27:51 PM(UTC-5)

12/30/2018 12:41:29 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129785 (Table: Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮▮

Just imagine, coming home after a long day on the road and seeing this.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

12/30/2018 2:16:51 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129196 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Just having you by me and waking up to yu everday is a blessing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Read:** 1/7/2019 11:27:51 PM(UTC-5)

12/30/2018 2:26:28 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129881 (Table: Message, Friend, Size: 4231168 bytes)

---

▮▮▮▮▮

I miss you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

12/31/2018 1:16:31 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129970 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

---

▮▮▮▮▮

You need sleep baby, glad you're going home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

12/31/2018 6:38:54 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129A1B (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

---

▮▮▮▮▮

You need to rest for a few

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

12/31/2018 6:38:54 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129AF9 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Imma try gotta get in garden

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | | | |

**Read:** 1/7/2019 11:27:51 PM(UTC-5)

12/31/2018 6:39:44 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129BC2 (Table:
Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Babe please talk to me whata really going on besides the weed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | | | |

**Read:** 1/7/2019 11:27:51 PM(UTC-5)

12/31/2018 9:50:55 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129C8E (Table: Message, Friend, Size:
4231168 bytes)

████

I am baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

1/2/2019 8:11:14 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129D79 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

████

Don't worry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

1/2/2019 8:11:16 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129E31 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I've been dealing with this boy for over a year and I'm just so over it. He had his chance so many times but never thought I was good enough for him but it is what it is

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

1/3/2019 1:52:36 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x129EEE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yeah yu can learn overtime but ofcourse you know how to bake... yu love them edibles lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/7/2019 11:27:51 PM(UTC-5)

1/3/2019 9:37:18 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x112151 (Table: Message, Friend, Size: 4231168 bytes)

I wish I was with you all the time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

1/4/2019 1:59:39 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11225A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Ang

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

1/4/2019 3:43:17 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11232A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

████████████

And you've already made me realize so much about life and it's amazing but scary at the same time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/7/2019 11:38:28 PM(UTC-5)

1/4/2019 3:43:56 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1123DF (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I know lol both gonna have glasses and braces

| Participant | Delivered | Read | Played |
|---|---|---|---|



**Read:** 1/8/2019 7:37:49 AM(UTC-5)

1/8/2019 7:22:43 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1124F4 (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Maddie has to work so its kinda cool cause she cant for the next few weeks

| Participant | Delivered | Read | Played |
|---|---|---|---|



**Read:** 1/8/2019 8:29:02 AM(UTC-5)

1/8/2019 8:17:19 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1125D0 (Table: Message, Friend, Size: 4231168 bytes)

████████████

You make me so confused sometimes like you say something without making directly saying what you want.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/8/2019 9:23:40 AM(UTC-5)

1/8/2019 9:11:36 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1126C8 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▮▮▮▮▮▮▮▮

It confuses me and I don't know what you mean sometimes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan |
| mr.smoke |

**Read:** 1/8/2019 9:23:40 AM(UTC-5)

1/8/2019 9:11:54 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1127DD (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▮▮▮▮▮▮▮▮

What I'll delete everything I just wanted to show you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan |
| mr.smoke |

**Read:** 1/9/2019 12:34:04 AM(UTC-5)

1/9/2019 12:33:13 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1128C6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▮▮▮▮▮▮▮▮

Ugh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan |
| mr.smoke |

**Read:** 1/9/2019 12:34:04 AM(UTC-5)

1/9/2019 12:33:15 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x112986 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



**Attachments:**

Size: 0
(Empty File)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/9/2019 12:55:50 AM(UTC-5)

1/9/2019 12:38:07 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1120C6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



I'll delete the rest tomorrow I need sleep

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/9/2019 12:55:50 AM(UTC-5)

1/9/2019 12:41:52 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x112A13 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Okay i love yu good night beautiful

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/9/2019 12:57:14 AM(UTC-5)

1/9/2019 12:42:09 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x112AC8 (Table: Message, Friend, Size: 4231168 bytes)

I love you too baby goodnight ♥

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/9/2019 12:55:50 AM(UTC-5)

1/9/2019 12:42:28 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x112B74 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

So beautiful

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/27/2019 11:39:29 AM(UTC-5)

1/27/2019 11:24:24 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19F89C (Table:
Message, Friend, Size: 4231168 bytes)

♥

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:27:54 AM(UTC-5)

1/27/2019 11:25:00 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19F92F (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Lol thats what we use coolers for

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/27/2019 11:39:29 AM(UTC-5)

1/27/2019 11:28:09 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19F9BC (Table:
Message, Friend, Size: 4231168 bytes)

Yeah lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:43:33 AM(UTC-5)

1/27/2019 11:28:25 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FA77 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Have any ice naw but got some bud

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/27/2019 11:39:29 AM(UTC-5)

1/27/2019 11:29:02 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FB08 (Table: Message, Friend, Size: 4231168 bytes)

Lmaoo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:43:33 AM(UTC-5)

1/27/2019 11:29:24 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FBAF (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Oh yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/27/2019 11:39:29 AM(UTC-5)

1/27/2019 11:30:43 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FC3B (Table: Message, Friend, Size: 4231168 bytes)



Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:43:33 AM(UTC-5)

1/27/2019 11:30:57 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FCC6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I like to move it movie it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/27/2019 11:39:29 AM(UTC-5)

1/27/2019 11:31:58 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FD53 (Table: Message, Friend, Size: 4231168 bytes)

Yeah lk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:43:33 AM(UTC-5)

1/27/2019 11:32:14 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FDF2 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Im like high af off life

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/27/2019 11:39:29 AM(UTC-5)

1/27/2019 11:34:24 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FE83 (Table: Message, Friend, Size: 4231168 bytes)

Ik u r

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/27/2019 11:43:33 AM(UTC-5)

1/27/2019 11:34:40 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FF22 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/27/2019 11:39:29 AM(UTC-5)

1/27/2019 11:38:33 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19FFAF (Table:
Message, Friend, Size: 4231168 bytes)

I'm mad at you for last night I don't ask for much I really don't. And I don't always need you to be there for me but when I do, the least you could do is try to calm me down or ask me how I am the day before. Thanks for caring babe appreciate it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 12:22:05 PM(UTC-5)

1/27/2019 11:57:26 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19D89F (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

The day after*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/27/2019 12:22:05 PM(UTC-5)

1/27/2019 11:57:42 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19DA23 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I love how you would give the world to your ex's but can't give me 2 minutes of support when I really need it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 12:22:05 PM(UTC-5)

1/27/2019 12:02:02 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19DAB8 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Imagine how that makes me feel and don't make me feel like the bad guy for asking for some support even when your busy. I get it money always comes before anything else but tf

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 12:22:05 PM(UTC-5)

1/27/2019 12:05:56 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19DBB1 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Bro ill talk to yu later

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/27/2019 12:22:32 PM(UTC-5)

1/27/2019 12:07:28 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19DCEA (Table: Message, Friend, Size: 4231168 bytes)

Whatever

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 12:22:05 PM(UTC-5)

1/27/2019 12:07:42 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19D438 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Not about to let yu cloud my head up and i make mistakes and end up in jail. Dont like how its going then leave my ass

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Read:** 1/27/2019 12:22:32 PM(UTC-5)

1/27/2019 12:08:13 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19DD8A (Table: Message, Friend, Size: 4231168 bytes)

████████████

I'm just asking for support for 2 goddamn minutes. What the fuck.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 12:22:05 PM(UTC-5)

1/27/2019 12:08:51 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19DE86 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

████████████

You are an ass.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 12:22:05 PM(UTC-5)

1/27/2019 12:09:50 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19D4C8 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

████████████

Actions speak louder than words.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 1:57:26 PM(UTC-5)

1/27/2019 1:07:51 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19D7F6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

**Attachments:**

Size: 0
(Empty File)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 1/27/2019 7:46:33 PM(UTC-5)

1/27/2019 4:56:32 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19DF53 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Yu wanna act like this while im handling business bye im fuck back on the road

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 1/27/2019 7:46:33 PM(UTC-5)

1/27/2019 4:57:10 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19D561 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Hmu when yur older dont have time for another maddie

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 1/27/2019 7:46:33 PM(UTC-5)

1/27/2019 6:22:51 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19D635 (Table: Message, Friend, Size: 4231168 bytes)

I was at work. Don't do that shit. You've been dodging me all day and I'm been upset with you. I'm not another Maddie.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:19:40 PM(UTC-5)

1/27/2019 7:34:40 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x19D6F1 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▮▮▮▮▮▮▮▮

I wouldn't dodge your call on purpose I'm not petty like that.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:19:40 PM(UTC-5)

1/27/2019 7:41:54 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x15E4AE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Omw home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | | | |

**Read:** 1/27/2019 11:20:05 PM(UTC-5)

1/27/2019 11:04:59 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x15E576 (Table: Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮▮▮

I love you. And when I say that, know that I mean that with my whole damn heart.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/27/2019 11:54:50 PM(UTC-5)

1/27/2019 11:05:33 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x15E3D5 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke



| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | | | |

1/28/2019 12:13:58 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x165EDF (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

1/28/2019 12:18:00 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x165092 (Table: Message, Friend, Size: 4231168 bytes)



| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

1/28/2019 12:18:37 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146D0F (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Please just give me 10mins to unwind and smoke and if you want you can call me if not cool

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/28/2019 12:36:52 AM(UTC-5)

1/28/2019 12:21:45 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146DAC (Table: Message, Friend, Size: 4231168 bytes)



I'll call you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:37:40 AM(UTC-5)

1/28/2019 12:22:07 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146E8B (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

lloveyou

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬ | | | |

**Read:** 1/28/2019 12:36:52 AM(UTC-5)

1/28/2019 12:23:11 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146F23 (Table:
Message, Friend, Size: 4231168 bytes)



I love you too.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:37:40 AM(UTC-5)

1/28/2019 12:23:23 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146FB2 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬ | | | |

1/28/2019 12:23:42 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146D54 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Yeah i know thats why i was back and forth all day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▬ | | | |

**Read:** 1/28/2019 12:36:52 AM(UTC-5)

1/28/2019 12:26:17 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1469BE (Table: Message,
Friend, Size: 4231168 bytes)

Yeah I was concerned about you I couldn't stop thinking about you.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:37:40 AM(UTC-5)

1/28/2019 12:27:13 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146A76 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Cooler went from full to empty pretty much ..

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

**Read:** 1/28/2019 12:36:52 AM(UTC-5)

1/28/2019 12:28:33 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146B43 (Table: Message, Friend, Size: 4231168 bytes)

Ooo good job!

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:37:40 AM(UTC-5)

1/28/2019 12:29:22 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146BFA (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Proud of you

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:37:40 AM(UTC-5)

1/28/2019 12:29:35 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146C8E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

1/28/2019 12:37:56 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146966 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/28/2019 12:58:56 AM(UTC-5)

1/28/2019 12:43:51 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1468EE (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

1/28/2019 2:23:29 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146897 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Im truly ilove with yu

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/28/2019 2:40:48 AM(UTC-5)

1/28/2019 2:25:44 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x14680F (Table:
Message, Friend, Size: 4231168 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

1/28/2019 2:26:53 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146669 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yur so beautiful inside and out

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ███████ | | | |

**Read:** 1/28/2019 2:40:48 AM(UTC-5)

1/28/2019 2:30:33 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1466C2 (Table: Message, Friend, Size: 4231168 bytes)

███████

Thank you baby I love you so much

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:47:41 AM(UTC-5)

1/28/2019 2:31:35 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146766 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ███████ | | | |

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:40:25 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9592 (Table: Message, Friend, Size: 4231168 bytes)

███████

I gotta question

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:47:41 AM(UTC-5)

1/28/2019 2:41:06 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9631 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | | | |

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:42:06 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9754 (Table:
Message, Friend, Size: 4231168 bytes)

▮▮▮▮

What do you think of squirting

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:47:41 AM(UTC-5)

1/28/2019 2:42:57 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B97DC (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Iloveit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | | | |

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:43:07 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9884 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Its a big turn on for ne

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ | | | |

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:43:18 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9910 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Why?

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:44:06 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B99AF (Table:
Message, Friend, Size: 4231168 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|

Mmm I love that.

mr.mcshan
mr.smoke

**Read:** 1/28/2019 2:47:41 AM(UTC-5)

1/28/2019 2:44:13 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9A3A (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Lol whyd yu ask ?

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:46:03 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9AD2 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Was that yur first time

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:46:19 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9B6A (Table:
Message, Friend, Size: 4231168 bytes)

Yes.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 3:05:23 AM(UTC-5)

1/28/2019 2:46:31 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x1B9C09 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Nobody has made me feel so good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 3:05:23 AM(UTC-5)

1/28/2019 2:46:50 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x1B9C96 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

It gets better

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:51:08 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x1B9D3E (Table:
Message, Friend, Size: 4231168 bytes)

Mmm

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 3:05:23 AM(UTC-5)

1/28/2019 2:51:33 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x1B9DD5 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Oh yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | | | |

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:51:44 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9214 (Table:
Message, Friend, Size: 4231168 bytes)

▓▓▓▓▓▓▓▓▓▓▓

Can't wait

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 3:05:23 AM(UTC-5)

1/28/2019 2:51:56 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x1B9E65 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Icant wait. Like i miss yu so much

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | | | |

**Read:** 1/28/2019 2:55:49 AM(UTC-5)

1/28/2019 2:53:45 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9EFA (Table:
Message, Friend, Size: 4231168 bytes)

▓▓▓▓▓▓▓▓▓▓

I miss you so much to sweetheart

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 6:51:17 AM(UTC-5)

1/28/2019 2:54:04 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9FA2 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Go to sleep baby

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 6:51:17 AM(UTC-5)

1/28/2019 3:01:35 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B936C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Goodnight baby

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 6:51:17 AM(UTC-5)

1/28/2019 3:30:13 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B9404 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Goodmorning baby ❤

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 10:11:07 AM(UTC-5)

1/28/2019 9:46:08 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146287 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Good morning beautiful

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

**Read:** 1/28/2019 10:43:56 AM(UTC-5)

1/28/2019 9:56:17 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146324 (Table: Message, Friend, Size: 4231168 bytes)

Did you get some sleep last night?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 10:48:07 AM(UTC-5)

1/28/2019 10:29:41 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1463C0 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yeah a few hour

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/28/2019 10:43:56 AM(UTC-5)

1/28/2019 10:33:20 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x146468 (Table:
Message, Friend, Size: 4231168 bytes)

Good do you feel better

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 10:48:07 AM(UTC-5)

1/28/2019 10:33:52 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1464FC (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Lol for most part going to shovel driveway then have to go set up busniess bank account

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/28/2019 12:25:51 PM(UTC-5)

1/28/2019 10:38:27 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x14659D (Table: Message, Friend, Size: 4231168 bytes)

Damn

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:27:03 PM(UTC-5)

1/28/2019 12:11:00 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1460CE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

1/28/2019 12:12:35 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B953A (Table: Message, Friend, Size: 4231168 bytes)

Why do you need a business bank account?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:27:03 PM(UTC-5)

1/28/2019 12:13:20 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD634 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Babe you better be damn careful on the roads

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 12:27:03 PM(UTC-5)

1/28/2019 12:17:32 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD6E5 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

I will love you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**Read:** 1/28/2019 12:25:51 PM(UTC-5)

1/28/2019 12:22:48 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD799 (Table:
Message, Friend, Size: 4231168 bytes)



Love you too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 1:04:17 PM(UTC-5)

1/28/2019 12:22:57 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD82C (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I love you with my whole heart baby ♥

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 1:04:17 PM(UTC-5)

1/28/2019 12:49:03 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1B911D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

1/28/2019 12:49:35 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD5DC (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

1/28/2019 1:07:39 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD598 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Im back home for a sec

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 1/28/2019 1:38:25 PM(UTC-5)

1/28/2019 1:23:17 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BDE7E (Table: Message, Friend, Size: 4231168 bytes)

Good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 1:52:31 PM(UTC-5)

1/28/2019 1:23:30 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BDF19 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Why do you have to go back out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 1:52:31 PM(UTC-5)

1/28/2019 1:23:47 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BDFA6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Miss yur lips against mine

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|

**Read:** 1/28/2019 1:56:11 PM(UTC-5)

1/28/2019 1:41:07 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16F8A1 (Table:
Message, Friend, Size: 4231168 bytes)

I miss being with you baby

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 1:52:31 PM(UTC-5)

1/28/2019 1:41:35 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16F941 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 1:52:31 PM(UTC-5)

1/28/2019 1:42:28 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16F9E2 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 1:52:31 PM(UTC-5)

1/28/2019 1:42:32 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16FB1E (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

only yu baby

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ███████ | | | |

**Read:** 1/28/2019 1:56:11 PM(UTC-5)

1/28/2019 1:52:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16FBB7 (Table:
Message, Friend, Size: 4231168 bytes)

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:07:42 PM(UTC-5)

1/28/2019 1:52:32 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16F767 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I want kisses ......i wanna dunk yu in a glass a milk and gobble yu up lmao

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| ███████ | | | |

**Read:** 1/28/2019 1:56:11 PM(UTC-5)

1/28/2019 1:54:43 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16FCF5 (Table: Message, Friend, Size: 4231168
bytes)

I love your analogy

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:07:42 PM(UTC-5)

1/28/2019 1:55:22 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16FE5A (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I miss your kisses baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 2:07:42 PM(UTC-5)

1/28/2019 1:55:30 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16F800 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I miss your lovins

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 2:07:42 PM(UTC-5)

1/28/2019 1:55:38 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16FEFA (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Love yu more then a fat man at the cake fatcory

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/28/2019 2:12:49 PM(UTC-5)

1/28/2019 1:57:44 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x16FF93 (Table: Message, Friend, Size: 4231168 bytes)

Mm I love youuu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 2:07:42 PM(UTC-5)

1/28/2019 1:58:19 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD084 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Lol i want some cake

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 1/28/2019 2:12:49 PM(UTC-5)

1/28/2019 1:59:06 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD8C1 (Table:
Message, Friend, Size: 4231168 bytes)

---

███████████

I had cake yesterday lmaoo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:07:42 PM(UTC-5)

1/28/2019 1:59:17 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD95D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

███████████

What's your favorite cake

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:07:42 PM(UTC-5)

1/28/2019 1:59:27 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD9FE (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

mr.mcshan mr.smoke

Lol yeah what kind and your my favorite

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 1/28/2019 2:12:49 PM(UTC-5)

1/28/2019 2:05:24 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BDAA3 (Table:
Message, Friend, Size: 4231168 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:33:36 PM(UTC-5)

1/28/2019 2:05:47 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD452 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

What yu up to

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/28/2019 2:35:41 PM(UTC-5)

1/28/2019 2:18:44 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BDBE0 (Table: Message, Friend, Size: 4231168 bytes)

Watching Netflix can't really go anywhere cause of the snow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 1/28/2019 2:33:36 PM(UTC-5)

1/28/2019 2:21:02 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD4E7 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Yeah i know im ready for a nap

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 1/28/2019 2:35:41 PM(UTC-5)

1/28/2019 2:32:53 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BDD33 (Table: Message, Friend, Size: 4231168 bytes)

You take a nap or are you too busy

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 1/28/2019 3:12:07 PM(UTC-5)

1/28/2019 2:33:19 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1BD3AA (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

That, Coming to you is the "date" and that If she's not with it then I'm not going anywhere with her.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 10:08:47 PM(UTC-5)

2/12/2019 10:04:46 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22E9B1 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

lloveyu beautiful yur doing good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 2/12/2019 10:23:46 PM(UTC-5)

2/12/2019 10:07:16 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22EAA6 (Table: Message, Friend, Size: 4231168 bytes)

I love you too.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/12/2019 10:25:45 PM(UTC-5)

2/12/2019 10:08:51 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22EB4D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I want yu safe thats all i dont trust anyone with yu honestly yur so far and if yu need me id lose yu by the time i got to yu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | | |

**Read:** 2/12/2019 10:23:46 PM(UTC-5)

2/12/2019 10:11:32 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22EBE6 (Table: Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮▮▮

Baby. I completely understand. I love you so much.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 10:25:45 PM(UTC-5)

2/12/2019 10:12:21 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22ECEA (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Iloveyu too beautiful

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | | |

**Read:** 2/12/2019 10:23:46 PM(UTC-5)

2/12/2019 10:20:27 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22EDA3 (Table: Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮▮▮

I love you with all of my heart. You have my heart. ❤

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 10:25:45 PM(UTC-5)

2/12/2019 10:21:03 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22EE3F (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Iloveyusomuch

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/12/2019 11:00:13 PM(UTC-5)

2/12/2019 10:44:49 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22EEFF (Table: Message, Friend, Size: 4231168 bytes)



I love you too baby ♥

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 11:00:23 PM(UTC-5)

2/12/2019 10:45:22 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22EF93 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



How are you doing?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 11:00:23 PM(UTC-5)

2/12/2019 10:48:03 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B0B9 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Im okay just getting this done about to go get coffee

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/12/2019 11:00:13 PM(UTC-5)

2/12/2019 10:51:29 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B152 (Table: Message, Friend, Size: 4231168 bytes)

38

Okay please be safe on the roads

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 11:20:25 PM(UTC-5)

2/12/2019 10:51:53 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B20E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Lol stinky feet

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/12/2019 11:20:34 PM(UTC-5)

2/12/2019 11:05:30 PM(UTC-5)

Source Info: (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B2B6 (Table: Message, Friend, Size: 4231168 bytes)

Shhhhh I wear them all the dang time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 11:20:25 PM(UTC-5)

2/12/2019 11:05:47 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B3EF (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Can I call you soon? I wanna hear your voice before I go to bed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 11:20:25 PM(UTC-5)

2/12/2019 11:15:20 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B49C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Yeah almost done

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Read:** 2/12/2019 11:20:34 PM(UTC-5)

2/12/2019 11:16:49 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B564 (Table:
Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 11:20:25 PM(UTC-5)

2/12/2019 11:17:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x22B5FB (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Store run

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Read:** 2/12/2019 11:44:20 PM(UTC-5)

2/12/2019 11:29:18 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B683 (Table:
Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮

Call you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/12/2019 11:44:43 PM(UTC-5)

2/12/2019 11:29:25 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B712 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ | | | |

**Read:** 2/12/2019 11:44:20 PM(UTC-5)

2/12/2019 11:30:08 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B7A2 (Table:
Message, Friend, Size: 4231168 bytes)

---

██████████

Goodnight babe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 12:38:47 AM(UTC-5)

2/13/2019 12:23:28 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B82D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

mr.mcshan mr.smoke



| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 2/13/2019 12:39:25 AM(UTC-5)

2/13/2019 12:24:09 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B8C2 (Table:
Message, Friend, Size: 4231168 bytes)

---



I took melatonin ima bout to pass out. We can talk about all of this tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 12:38:47 AM(UTC-5)

2/13/2019 12:25:44 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B972 (Table: Message, Friend, Size: 4231168
bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size:
252031 bytes)

I love you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/13/2019 12:38:47 AM(UTC-5)

2/13/2019 12:28:26 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22BA46 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I'm not trying to avoid talking about this shit.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/13/2019 12:38:47 AM(UTC-5)

2/13/2019 12:28:46 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22BADB (Table: Message,
Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E
(Size: 252031 bytes)

mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/13/2019 12:39:25 AM(UTC-5)

2/13/2019 12:29:34 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22BB93 (Table:
Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Dayaaadiazz add her get to know her she's bi i meet her on meet me

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/13/2019 12:39:25 AM(UTC-5)

2/13/2019 12:36:34 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22BC27 (Table: Message, Friend, Size:
4231168 bytes)

I'll do it tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 12:38:47 AM(UTC-5)

2/13/2019 12:37:19 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22BCEF (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Okay iloveyu gooodnight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 2/13/2019 12:39:25 AM(UTC-5)

2/13/2019 12:37:43 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22BD8C (Table: Message, Friend, Size: 4231168 bytes)

I love you too baby goodnight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 12:55:39 AM(UTC-5)

2/13/2019 12:38:38 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x22B34A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

And you help me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:35:20 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x217899 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Lol awe ilove yu baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 2/13/2019 1:37:59 PM(UTC-5)

2/13/2019 1:35:43 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x217932 (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

So yu only wanna talk to me during school hours then yu dont need me no mo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 2/13/2019 1:37:59 PM(UTC-5)

2/13/2019 1:36:27 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2179CE (Table: Message, Friend, Size: 4231168 bytes)

████████

Omg no! I talk to you all the dang time while I'm out of school

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:36:51 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x217AB2 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Lmao i know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 2/13/2019 1:37:59 PM(UTC-5)

2/13/2019 1:37:02 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x217B7A (Table: Message, Friend, Size: 4231168 bytes)

44

I always need you. You know that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:37:04 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x217C0E (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Rude

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:37:06 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x217CB6 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Im just fuccking with ya

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 2/13/2019 1:37:59 PM(UTC-5)

2/13/2019 1:37:24 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x217D43 (Table:
Message, Friend, Size: 4231168 bytes)

Iknowwww

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:37:34 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x217DEE (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

School drains me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:37:48 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x217E7E (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Life drains me lol wanna trade

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 2/13/2019 1:53:26 PM(UTC-5)

2/13/2019 1:38:22 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x217F17 (Table:
Message, Friend, Size: 4231168 bytes)

Love to

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:38:37 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x217FBA (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I just wanna hear your voice

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:40:44 PM(UTC-5)

2/13/2019 1:39:56 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F4D4 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I wanna see yu fuck talking on the phonelol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | | | |

**Read:** 2/13/2019 1:53:26 PM(UTC-5)

2/13/2019 1:41:09 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F2DB (Table: Message, Friend, Size: 4231168 bytes)



▓▓▓▓▓

I know. I wanna see you too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:57:36 PM(UTC-5)

2/13/2019 1:41:26 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x21FB29 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▓▓▓▓▓

Be patient please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:57:36 PM(UTC-5)

2/13/2019 1:42:31 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F783 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

▓▓▓ dont tell me to be patient

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ | | | |

**Read:** 2/13/2019 1:53:26 PM(UTC-5)

2/13/2019 1:43:04 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21FBCE (Table: Message, Friend, Size: 4231168 bytes)

I'm sorry.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:57:36 PM(UTC-5)

2/13/2019 1:43:47 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F81B (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Im patient every day of my life  and i wait for everything o truly want so patients

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 2/13/2019 1:53:26 PM(UTC-5)

2/13/2019 1:44:25 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21FD3E (Table: Message, Friend, Size: 4231168 bytes)

I know babe.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:57:36 PM(UTC-5)

2/13/2019 1:44:44 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F62D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

And ppl call me selfish when im the one thibking of everyone but myself nd everyone just tells me i have to be patient with the shit i want tho..smh

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 2/13/2019 1:53:26 PM(UTC-5)

2/13/2019 1:53:20 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F38B (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

But let me tell ppl to be patient with me i need time boom im a bad person or a ass

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/13/2019 2:09:19 PM(UTC-5)

2/13/2019 1:54:17 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F087 (Table: Message, Friend, Size: 4231168 bytes)

Baby I know your not selfish. I see it on a daily basis. You're very selfless. Babe I'm patient with you. It's just this one thing because you know my circumstances. You're not being an ass about it. I understand

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 1:57:36 PM(UTC-5)

2/13/2019 1:55:48 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21FEE6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I know with yu .. that comment kinda just open a door and yeah just hit a nerve

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/13/2019 2:09:19 PM(UTC-5)

2/13/2019 1:56:49 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F15F (Table: Message, Friend, Size: 4231168 bytes)

I'm sorry baby. I completely understand

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 2:12:46 PM(UTC-5)

2/13/2019 1:57:30 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F57D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

im a fucking mess

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 2/13/2019 2:09:19 PM(UTC-5)

2/13/2019 1:58:05 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F237 (Table:
Message, Friend, Size: 4231168 bytes)

I'll call you in a few getting out early

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 2:12:46 PM(UTC-5)

2/13/2019 1:58:26 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F6D3 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml :
0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Okay loveyu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 2/13/2019 2:09:19 PM(UTC-5)

2/13/2019 2:02:49 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21F8AF (Table:
Message, Friend, Size: 4231168 bytes)

I'm stupid as fuck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/13/2019 2:29:55 PM(UTC-5)

2/13/2019 2:07:18 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1791BC (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

What yu do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Read:** 2/13/2019 2:51:25 PM(UTC-5)

2/13/2019 2:15:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x179260 (Table:
Message, Friend, Size: 4231168 bytes)

Okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:21:25 PM(UTC-5)

2/14/2019 12:08:54 PM(UTC-5)

Source Info:
USERDATA (ExtX)/data/com.snapchat.android/databases/main.db : 0xDE26C (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

How can yur boss call yu nd yur at school

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ | | | |

**Read:** 2/14/2019 12:21:47 PM(UTC-5)

2/14/2019 12:12:13 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE2F9 (Table:
Message, Friend, Size: 4231168 bytes)

He just calls me. He doesn't do it often only when he asks me to work.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:21:25 PM(UTC-5)

2/14/2019 12:12:56 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE3A9 (Table: Message, Friend, Size:
4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size:
252031 bytes)

mr.mcshan mr.smoke

Fucking pipe busted in the house so cant put offer in until they have the work dont and all this bullshit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Read:** 2/14/2019 12:21:47 PM(UTC-5)

2/14/2019 12:13:57 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE47A (Table: Message, Friend, Size: 4231168 bytes)

███████████████

Wtf.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:21:25 PM(UTC-5)

2/14/2019 12:14:13 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE569 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yup realtior just called i can not get a fu king break

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████████ | | | |

**Read:** 2/14/2019 12:21:47 PM(UTC-5)

2/14/2019 12:14:41 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE5F6 (Table: Message, Friend, Size: 4231168 bytes)

█████████████

All these people are stupid as hell

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:21:25 PM(UTC-5)

2/14/2019 12:15:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE6B2 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▆▆▆▆▆▆▆▆

You'll find a house soon enough

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:21:25 PM(UTC-5)

2/14/2019 12:15:29 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE75F (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Im going back to bed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆▆ | | | |

**Read:** 2/14/2019 12:21:47 PM(UTC-5)

2/14/2019 12:15:57 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE808 (Table:
Message, Friend, Size: 4231168 bytes)

▆▆▆▆▆▆▆▆

I love you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:21:25 PM(UTC-5)

2/14/2019 12:16:19 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE8A3 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Luvu2

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆▆ | | | |

**Read:** 2/14/2019 12:21:47 PM(UTC-5)

2/14/2019 12:18:06 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE937 (Table:
Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Would of been nice to see yu but life never gives me the shit i want so im over it fuck what michael wants

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | | |

**Read:** 2/14/2019 12:21:47 PM(UTC-5)

2/14/2019 12:19:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDE9C3 (Table: Message, Friend, Size: 4231168 bytes)

---

▮▮▮▮▮▮▮▮

Baby you'll get to see me soon

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:36:52 PM(UTC-5)

2/14/2019 12:19:31 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDEAB3 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

---

▮▮▮▮▮▮▮▮

You'll get what you want soon.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:36:52 PM(UTC-5)

2/14/2019 12:21:09 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDEB5C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

---

▮▮▮▮▮▮▮▮

I can come see you Saturday prolly. Ima talk to josslyn and see if she wants to come w me so Maddie has a friend

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 12:36:52 PM(UTC-5)

2/14/2019 12:24:23 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDEC05 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yeah i guess she asked if she wanted to come hangout and drink with her and the chick said she dont smoke or drink anymore

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 2/14/2019 12:57:27 PM(UTC-5)

2/14/2019 12:34:40 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDECFE (Table: Message, Friend, Size: 4231168 bytes)

████████

I'll talk to her

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 1:02:44 PM(UTC-5)

2/14/2019 12:43:17 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDEDFD (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

████████

I got out of school early cause it's a short day and we had this thing that I don't need to be at so I'm leaving earlier

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 1:02:44 PM(UTC-5)

2/14/2019 12:45:48 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDEE96 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Okay call me i wanna hear yur damn voice

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 2/14/2019 12:57:27 PM(UTC-5)

2/14/2019 12:48:36 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xDEF9B (Table: Message, Friend, Size: 4231168 bytes)

Do you want me to call you back?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 2:48:35 PM(UTC-5)

2/14/2019 2:33:24 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x204E7E (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Fuck meeeee

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 2:48:35 PM(UTC-5)

2/14/2019 2:42:20 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x204F26 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Come to meee

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 2/14/2019 2:58:26 PM(UTC-5)

2/14/2019 2:43:21 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x204C55 (Table:
Message, Friend, Size: 4231168 bytes)

Tomorrowwwww

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 2:48:35 PM(UTC-5)

2/14/2019 2:43:37 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x204FB6 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Are getting pizza?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/14/2019 2:48:35 PM(UTC-5)

2/14/2019 2:43:44 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x2041C0 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Are you*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/14/2019 2:48:35 PM(UTC-5)

2/14/2019 2:44:07 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x204258 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Idk why lol

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/14/2019 2:58:26 PM(UTC-5)

2/14/2019 2:45:39 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x204CE8 (Table:
Message, Friend, Size: 4231168 bytes)

If you are just let me know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/14/2019 2:48:35 PM(UTC-5)

2/14/2019 2:45:55 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x2042E9 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Why lol

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/14/2019 2:58:26 PM(UTC-5)

2/14/2019 2:46:18 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x204D77 (Table: Message, Friend, Size: 4231168 bytes)

Babe it's a surprise just let me know please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/14/2019 2:48:35 PM(UTC-5)

2/14/2019 2:46:54 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20438E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Lol call me

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/15/2019 4:16:49 PM(UTC-5)

2/14/2019 2:47:40 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2046FD (Table: Message, Friend, Size: 4231168 bytes)

I need to be

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:13:38 AM(UTC-5)

2/16/2019 10:00:23 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135866 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Come to me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇ | | | |

**Read:** 2/16/2019 10:16:48 AM(UTC-5)

2/16/2019 10:00:59 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1358FA (Table: Message, Friend, Size: 4231168 bytes)

▇▇▇▇▇▇▇▇▇▇▇

Workk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:13:38 AM(UTC-5)

2/16/2019 10:01:53 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135989 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Nooooooo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇▇ | | | |

**Read:** 2/16/2019 10:16:48 AM(UTC-5)

2/16/2019 10:09:11 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135A15 (Table: Message, Friend, Size: 4231168 bytes)

▇▇▇▇▇▇▇▇▇▇

I really don't wanna go but it is what it is for the time being

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:13:38 AM(UTC-5)

2/16/2019 10:09:43 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135AA5 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/16/2019 10:16:48 AM(UTC-5)

2/16/2019 10:11:17 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135B6E (Table: Message, Friend, Size: 4231168 bytes)



I love youuu I'll ofc call you on my way to work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:13:38 AM(UTC-5)

2/16/2019 10:11:47 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135C1A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/16/2019 10:16:48 AM(UTC-5)

2/16/2019 10:12:32 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135CD2 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Yur so damn gorgouse

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/16/2019 10:16:48 AM(UTC-5)

2/16/2019 10:13:14 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x135D5A (Table: Message, Friend, Size: 4231168 bytes)

**I love youuu**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/16/2019 10:30:28 AM(UTC-5)

2/16/2019 10:14:55 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x135DF5 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

**Sososososo mich**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/16/2019 10:30:28 AM(UTC-5)

2/16/2019 10:14:58 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x135E89 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

**Much**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/16/2019 10:30:28 AM(UTC-5)

2/16/2019 10:15:01 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x135F21 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

**You're so handsome**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 2/16/2019 10:30:28 AM(UTC-5)

2/16/2019 10:15:04 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x135FAE (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

████████

Like damnnn

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:30:28 AM(UTC-5)

2/16/2019 10:15:08 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213983 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

████████

That's my mannnnn

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:30:28 AM(UTC-5)

2/16/2019 10:15:14 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213B7C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Iloveyou too baby like i cant wait to seeeee yuuuu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 2/16/2019 10:16:48 AM(UTC-5)

2/16/2019 10:15:53 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213A18 (Table: Message, Friend, Size: 4231168 bytes)

████████

I knowwww me too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:30:28 AM(UTC-5)

2/16/2019 10:16:04 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213FB2 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Holy fuck yur amazing and babe yu look so damn small

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/16/2019 10:46:44 AM(UTC-5)

2/16/2019 10:24:50 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213501 (Table: Message,
Friend, Size: 4231168 bytes)



Yeah ik

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 10:49:53 AM(UTC-5)

2/16/2019 10:32:09 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2135BC (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Yummy

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/16/2019 10:46:44 AM(UTC-5)

2/16/2019 10:35:18 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213C15 (Table:
Message, Friend, Size: 4231168 bytes)

Can I call you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 11:23:36 AM(UTC-5)

2/16/2019 10:36:27 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213ACF (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Hey baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 4:23:12 PM(UTC-5)

2/16/2019 4:07:52 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213CB4 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Heeeey beautiful how was work

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/16/2019 4:23:39 PM(UTC-5)

2/16/2019 4:08:37 PM(UTC-5)

Source Info: (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21321F (Table: Message, Friend, Size: 4231168 bytes)

You're so cute I love you. It was good. I'll call you in a bit I'm getting food and I'm starving

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 4:23:12 PM(UTC-5)

2/16/2019 4:08:59 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213D45 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Okay im on the road t

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 2/16/2019 4:23:39 PM(UTC-5)

2/16/2019 4:09:24 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2132C3 (Table: Message, Friend, Size: 4231168 bytes)



Going where?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 4:23:12 PM(UTC-5)

2/16/2019 4:09:48 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213E35 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Coffee and to yu

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

**Read:** 2/16/2019 4:23:39 PM(UTC-5)

2/16/2019 4:14:52 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21335E (Table: Message, Friend, Size: 4231168 bytes)

Wym

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 4:23:12 PM(UTC-5)

2/16/2019 4:15:05 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21364C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

lloveyu

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

**Read:** 2/16/2019 4:23:39 PM(UTC-5)

2/16/2019 4:20:26 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2133F5 (Table: Message, Friend, Size: 4231168 bytes)

65



I love you too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 2/16/2019 4:23:12 PM(UTC-5)

2/16/2019 4:20:44 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x213F1E (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

2/16/2019 4:21:26 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1ECA0B (Table:
Message, Friend, Size: 4231168 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

3/7/2019 3:10:41 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D487D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:10:46 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D48D6 (Table:
Message, Friend, Size: 4231168 bytes)



Agreed

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/7/2019 3:19:50 PM(UTC-5)

3/7/2019 3:10:57 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D49DC (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:11:21 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D4A69 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:11:26 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D4B70 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:11:37 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D4C3B (Table: Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D4D1A (Table: Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D4DFC (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D4E8D (Table: Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1D4F6C (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:12:08 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2118AB (Table: Message, Friend, Size: 4231168 bytes)



Love youu

| Participant | Delivered | Read | Played |
|---|---|---|---|

mr.mcshan
mr.smoke

**Read:** 3/7/2019 3:19:50 PM(UTC-5)

3/7/2019 3:12:24 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2113F2 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:12:33 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211A14 (Table: Message, Friend, Size: 4231168 bytes)

Very much so

| Participant | Delivered | Read | Played |
|---|---|---|---|

mr.mcshan
mr.smoke

**Read:** 3/7/2019 3:19:50 PM(UTC-5)

3/7/2019 3:12:40 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211482 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:12:42 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211B71 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:12:46 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211C40 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:12:48 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211D0F (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:12:59 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211DDE (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:13:06 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211EA9 (Table: Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211F78 (Table:
Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211517 (Table:
Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2115E9 (Table:
Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211674 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Hey

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ | | | |

**Read:** 3/7/2019 3:19:53 PM(UTC-5)

3/7/2019 3:17:51 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x211700 (Table:
Message, Friend, Size: 4231168 bytes)

▓▓▓▓▓▓▓▓

You're so weird

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/7/2019 3:19:50 PM(UTC-5)

3/7/2019 3:17:57 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x211787 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

▓▓▓▓

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ | | | |

**Read:** 3/7/2019 3:38:26 PM(UTC-5)

3/7/2019 3:18:04 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x21181F (Table:
Message, Friend, Size: 4231168 bytes)

▓▓▓▓▓▓▓▓

Something scary just happened

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/7/2019 3:39:40 PM(UTC-5)

3/7/2019 3:23:33 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1743DE (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

What

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 3/7/2019 3:38:26 PM(UTC-5)

3/7/2019 3:24:48 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x174482 (Table: Message, Friend, Size: 4231168 bytes)

███████

My eye contact like went in my actual eye lmaoo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/7/2019 3:39:40 PM(UTC-5)

3/7/2019 3:26:29 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x17450E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

███████

Lmaoo I'll explain on the phone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/7/2019 3:39:40 PM(UTC-5)

3/7/2019 3:26:39 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1745C7 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Oh boy be careful

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 3/7/2019 9:20:14 PM(UTC-5)

3/7/2019 3:27:03 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x17466F (Table: Message, Friend, Size: 4231168 bytes)

I know you have something to say.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 9:16:25 AM(UTC-5)

3/8/2019 9:02:47 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111B5A (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Nope

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 9:16:59 AM(UTC-5)

3/8/2019 9:05:00 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111C02 (Table:
Message, Friend, Size: 4231168 bytes)

Okay.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 9:16:25 AM(UTC-5)

3/8/2019 9:05:45 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111C8D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I don't want us to be distant.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 9:16:25 AM(UTC-5)

3/8/2019 9:07:51 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111D1A (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Babe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:03:46 AM(UTC-5)

3/8/2019 9:17:29 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111DC2 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 10:04:50 AM(UTC-5)

3/8/2019 9:48:55 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111E4E (Table:
Message, Friend, Size: 4231168 bytes)

I love you. I want to give you all the love in the world

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:03:46 AM(UTC-5)

3/8/2019 9:50:41 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111ED6 (Table: Message, Friend,
Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml :
0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Iloveyu too ▮▮▮ and rsther not talk about it

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 10:04:50 AM(UTC-5)

3/8/2019 10:02:26 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111F97 (Table: Message,
Friend, Size: 4231168 bytes)

████████

I want to talk about it so we can move forward but ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:20:59 AM(UTC-5)

3/8/2019 10:03:10 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111464 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

focuse on yur school work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 3/8/2019 10:27:29 AM(UTC-5)

3/8/2019 10:11:29 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111521 (Table: Message, Friend, Size: 4231168 bytes)

████████

We aren't doing anything except this project

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:37:12 AM(UTC-5)

3/8/2019 10:13:34 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x111765 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

████████

But I am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:37:12 AM(UTC-5)

3/8/2019 10:17:33 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C93CB (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I found a girl and she's in the at the end of her fire academy school and she's 18, can drive, graduating this year from school. What do you think?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:08:10 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9099 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:08:21 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C945C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Shell do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 11:37:45 AM(UTC-5)

3/8/2019 11:22:42 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9645 (Table: Message, Friend, Size: 4231168 bytes)

Okay. Want me to tell her to add you onsnao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:23:03 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C96D5 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



On snap*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:25:18 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x1C9789 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yu cn

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 11:37:45 AM(UTC-5)

3/8/2019 11:25:24 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9819 (Table:
Message, Friend, Size: 4231168 bytes)

I will

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:25:29 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C98A4 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

School school school

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 11:37:45 AM(UTC-5)

3/8/2019 11:25:54 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9931 (Table:
Message, Friend, Size: 4231168 bytes)

I'm at lunch babe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:26:03 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C99CD (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Lol still

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 11:37:45 AM(UTC-5)

3/8/2019 11:26:26 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9A69 (Table:
Message, Friend, Size: 4231168 bytes)

How is everything going? I won't ask any more dumb questions

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:27:38 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9AF9 (Table: Message, Friend, Size:
4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E
(Size: 252031 bytes)

mr.mcshan mr.smoke

Just at grow store hon

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 11:37:45 AM(UTC-5)

3/8/2019 11:27:51 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9BBE (Table:
Message, Friend, Size: 4231168 bytes)

Okay Just checking in with you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:28:54 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9C5A (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

On you*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:29:00 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9CFE (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

She's gonna add you her name is

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:29:44 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9D8B (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Julia

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:37:19 AM(UTC-5)

3/8/2019 11:29:56 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9E33 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

What do yu think about her

| Participant | Delivered | Read | Played |
|---|---|---|---|

Read: 3/8/2019 11:37:45 AM(UTC-5)

3/8/2019 11:32:45 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C9EC0 (Table: Message, Friend, Size: 4231168 bytes)

I think she's genuine and wanting something out of life. And she's got a good head on her shoulders

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

Read: 3/8/2019 12:04:37 PM(UTC-5)

3/8/2019 11:33:43 AM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1C92DB (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Well I don't know when I can see you and you are also busy. We have to wait to see eachother.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

Read: 3/8/2019 8:58:01 PM(UTC-5)

3/8/2019 8:45:17 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xBA743 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

Read: 3/8/2019 8:56:47 PM(UTC-5)

3/8/2019 8:47:46 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xBA82B (Table: Message, Friend, Size: 4231168 bytes)



I love you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 8:58:01 PM(UTC-5)

3/8/2019 8:48:45 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xBA8BA (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Sure

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 8:56:47 PM(UTC-5)

3/8/2019 8:50:39 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xBA94A (Table:
Message, Friend, Size: 4231168 bytes)

You make me so upset. I fucking love you. I love every little thing about you even when you get pissed off cause i know you care. I love when your protective cause it makes me feel like I'm cared for. I would give you anything I can right now. And I love the look in your eyes when you look at me. I love when you cuddle up next to me and the way you say my name. I love hearing your voice when I'm having a bad day or just in general. I love the way you talk about the future. I love when we plan our future out late at night or when your being a silly goose. And I love the way you want to help these girls cause you know how it really is. I love your compassion and your heart. I love the way you think even though it isn't always the best. I love how you can make me pissed as fuck but instantly put a smile on my face. I've never given anyone myself the way I have with you. I love how much you care about everyone in your life and how you would do anything. And I love how passionate you are about your garden even if you don't like doing it. I love your motivation. I love the way you say I love you. I love the way you gave me a chance and promised to never leave. I love every single thing about you. You have pushed me to become my best self even if I'm not at the moment but I'm a lot stronger, a lot more motivated, a lot more focused, looking to every moment with you even if it's you being an ass towards me. I accept everything about you even the bad shit. I want to know everything go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 9:14:57 PM(UTC-5)

3/8/2019 8:57:55 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0xBA9D6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Going through your head. I want to live an amazing life with you even if it's hard as fuck cause everything is hard in life. But you're worth it. You're worth everything. I would give up anything for you, I would if you were really serious about it. I have proven myself to you multiple times and I'm still doing that everyday. I love you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 9:14:57 PM(UTC-5)

3/8/2019 9:00:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D121 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Driving

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 9:15:03 PM(UTC-5)

3/8/2019 9:00:02 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D539 (Table: Message, Friend, Size: 4231168 bytes)

Read it when you're stopped

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 9:14:57 PM(UTC-5)

3/8/2019 9:00:20 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D937 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Busy

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 9:15:03 PM(UTC-5)

3/8/2019 9:04:55 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D5C8 (Table: Message, Friend, Size: 4231168 bytes)

**Read it when you have time.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 9:34:39 PM(UTC-5)

3/8/2019 9:05:25 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11DE2A (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

**mr.mcshan mr.smoke**

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 9:35:17 PM(UTC-5)

3/8/2019 9:20:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D301 (Table:
Message, Friend, Size: 4231168 bytes)

---

**Yes?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 9:34:39 PM(UTC-5)

3/8/2019 9:20:25 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11DECE (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

**mr.mcshan mr.smoke**

**Yes what**

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 9:35:17 PM(UTC-5)

3/8/2019 9:24:15 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D38C (Table:
Message, Friend, Size: 4231168 bytes)

What does that face mean?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 9:34:39 PM(UTC-5)

3/8/2019 9:24:27 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D65D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Idk

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 9:35:17 PM(UTC-5)

3/8/2019 9:25:17 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D830 (Table: Message, Friend, Size: 4231168 bytes)

Did you read

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 9:34:39 PM(UTC-5)

3/8/2019 9:25:25 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D6FD (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Driving

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 9:35:17 PM(UTC-5)

3/8/2019 9:27:05 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D41B (Table: Message, Friend, Size: 4231168 bytes)

�â–‘â–‘â–‘â–‘â–‘

Okay drive safe baby

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 9:34:39 PM(UTC-5)

3/8/2019 9:27:15 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D792 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 9:35:17 PM(UTC-5)

3/8/2019 9:30:02 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11D4AA (Table:
Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

What thots in yur snap or Instagram  down to fuck and get cash and will be ready to get picked up tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 10:01:50 PM(UTC-5)

3/8/2019 9:46:43 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x11DF5B (Table: Message, Friend, Size: 4231168 bytes)

Not many at all.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:05:47 PM(UTC-5)

3/8/2019 9:47:07 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10C6C2 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

86

mr.mcshan mr.smoke

If yu say so

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Read:** 3/8/2019 10:01:50 PM(UTC-5)

3/8/2019 9:50:54 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10C75A (Table:
Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮

I'm looking.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:05:47 PM(UTC-5)

3/8/2019 9:51:08 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10C7ED (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yu need to be looking for away to get yur ass to see me of and this so called cash yur getting me. Like i understand yur age and all that but dont lead me on thinking i can count on yu for this shit and yur low key cant deliver or keep yur word

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ | | | |

**Read:** 3/8/2019 10:20:10 PM(UTC-5)

3/8/2019 10:05:09 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10C882 (Table: Message, Friend, Size: 4231168 bytes)

▮▮▮▮▮▮

I work for the money I'm getting you. I get paid every other week and I've been thinking of ways to get more money but their isn't much I can do cause idk. You can count on me but I need time cause of my job. I've kept my word and gotten you money before so yes I can get you the money and the girls. I'm gonna have to go on meetme to get these thots if you don't care. Cause there isn't many people on tinder just giving away their bodies cause they got standards unlike these bitches on meetme. Just saying.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:26:39 PM(UTC-5)

3/8/2019 10:08:36 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10C9FE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 3/8/2019 10:20:10 PM(UTC-5)

3/8/2019 10:11:57 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10CC92 (Table:
Message, Friend, Size: 4231168 bytes)



Okay.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 10:26:39 PM(UTC-5)

3/8/2019 10:12:14 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10CD1D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Over this shit bro i can tell yu that nothing coming from this but a headache and a hard dick
and chick that  cant do shit for me. I was happy when the shit i needed was being gotten
And didnt have to wait on yu simple

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Read:** 3/8/2019 10:20:10 PM(UTC-5)

3/8/2019 10:19:38 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10CDAA (Table: Message, Friend, Size: 4231168 bytes)

Then don't fucking wait on me. I'm not fucking surrounded by thots Michael. But people I can't fucking trust. Everyone will open their damn mouth and you said you got hoes. Then go fucking do that. I'm fucking sorry I'm not good enough for you. Get your shit done. I don't give a fuck anymore even though I care a shit ton. I'm doing what I can with what I got and you don't give a shit. So go do whatever the fuck you need to do. I'm fucking done fighting with you when you know I can't do a lot cause of my age and the people around me. I've fought with you many times about this shit and other shit. You knew what the fuck you got yourself into and you said you could do it. But no. You need your hoes, youre money and everything else. If you don't trust me, then what the fuck ever. I've proven myself to you countless fucking times ever since we started talking. I'm fucking loyal as fuck to you but you don't think of it like that. I'm not some fucking hoe that you found that's gonna fuck you over. I can handle not seeing you for awhile cause I know it'll be worth it when I do but seems like you can't. You always used to get pussy and I can't always give it to you. And you're also pissed asf at me and didn't even want to fucking talk to me last night. When we could have worked it out. I'm not your fucking sugar momma, I can't give you all the money in the world or give you pussy whenever. I'm fucking sorry.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:06:51 PM(UTC-5)

3/8/2019 10:31:24 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10C07A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

And for once I would never cheat on you either you have my heart, my soul and my mind. I would either play with myself or clean. I'm not a fucking thot. Or a cheating ass bitch either.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:06:51 PM(UTC-5)

3/8/2019 10:35:59 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x10CF0A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I'm doing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:06:51 PM(UTC-5)

3/8/2019 11:01:22 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E964D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Look ▮▮ its not fair to myself dude im sick of coming last on all yall when i put yall first im done with alk this shit bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | | |

**Read:** 3/8/2019 11:07:50 PM(UTC-5)

3/8/2019 11:02:32 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E96E2 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Simple

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | | |

**Read:** 3/8/2019 11:07:50 PM(UTC-5)

3/8/2019 11:03:01 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E97E5 (Table: Message, Friend, Size: 4231168 bytes)



I think of you first before anyone else. Before myself, before anything else. You don't know that and you don't believe that I know. But I do.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:06:51 PM(UTC-5)

3/8/2019 11:03:51 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9871 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Idc about love i dont care about a happy ever after i dont fuckimg care

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | | |

**Read:** 3/8/2019 11:07:50 PM(UTC-5)

3/8/2019 11:04:09 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E998A (Table: Message, Friend, Size: 4231168 bytes)

You said you could figure it out.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:06:51 PM(UTC-5)

3/8/2019 11:04:12 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9A56 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I know you care though. So why say all that?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:06:51 PM(UTC-5)

3/8/2019 11:04:52 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9AFF (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

It's not a happy ever after and we've talked about it. It's never going to be. It's always going to be hard.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:06:51 PM(UTC-5)

3/8/2019 11:05:21 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9BB4 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Idc im done talking about pointless shit that dont put food on the table or cash in my pocket. Go get yu a normal boy and enjoy life

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 11:22:59 PM(UTC-5)

3/8/2019 11:07:56 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9CB1 (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

What that bitch for 350 look like and her snap.

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 11:22:59 PM(UTC-5)

3/8/2019 11:09:59 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9DBD (Table: Message, Friend, Size: 4231168 bytes)



Getting it now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:10:59 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9E74 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:12:57 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x1E9F0D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:13:26 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E15E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

This is the bitch for 350

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:13:35 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E29C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Didn't know what to say to the girl

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:14:13 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E33D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|



**Read:** 3/8/2019 11:22:59 PM(UTC-5)

3/8/2019 11:14:18 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E3EA (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Send they shit over so i can clean this mess up

| Participant | Delivered | Read | Played |
|---|---|---|---|



**Read:** 3/8/2019 11:22:59 PM(UTC-5)

3/8/2019 11:15:05 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E48A (Table: Message, Friend, Size: 4231168 bytes)

███████████

Not hiding shit from you. And I'll get their snaps

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:15:33 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E53E (Table: Message,
Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Read:** 3/8/2019 11:22:59 PM(UTC-5)

3/8/2019 11:16:43 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E5F9 (Table:
Message, Friend, Size: 4231168 bytes)

███████████

Okay.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:16:56 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E662 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

███████████

Got another bitch not a very good pic of her but this is her snap jasminebroton

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:19:52 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E6EF (Table: Message, Friend, Size: 4231168
bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size:
252031 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:19:55 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E7C8 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Do she drive

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 3/8/2019 11:22:59 PM(UTC-5)

3/8/2019 11:20:30 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E905 (Table:
Message, Friend, Size: 4231168 bytes)



Asking her now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:21:22 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20E998 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Yes she drives but doesn't have a car on campus

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:23:47 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20EA2D (Table: Message,
Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E
(Size: 252031 bytes)



College*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:23:54 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20EAE5 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

She down for one of them to pick her up tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 11:41:31 PM(UTC-5)

3/8/2019 11:26:27 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20EB76 (Table: Message,
Friend, Size: 4231168 bytes)



I'll ask

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:27:47 PM(UTC-5)

3/8/2019 11:26:37 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20EC2D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 3/8/2019 11:41:31 PM(UTC-5)

3/8/2019 11:28:36 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20ECBC (Table:
Message, Friend, Size: 4231168 bytes)

Okay.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 3/8/2019 11:44:04 PM(UTC-5)

3/8/2019 11:29:03 PM(UTC-5)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x20ED25 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Lives together. And you think I don't feel what you feel about the money shit? And bills? Every day for years I had to struggle through what I wasn't going to survive today? When will I next eat? Will I be able to protect my siblings? I lived in fear of me and my family's lives every day. I was not always the white chick that got my way. Or spoiled. I was poor and I always took care of e erroneous else

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:07:56 AM(UTC-4)

4/28/2019 2:53:29 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AB72D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Everyone else.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:07:56 AM(UTC-4)

4/28/2019 2:53:35 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AB94D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I dont wait for ahit to come to me if it was ment for me id have it by now simple yu wouldnt wait for me if the tables was turned yu already pretty muxh cheated on me once and yet my dumbass stayed and still stayed loyal to yur ass when i could of been fucking maddie and not saying shit nope im to honest and loyal to ppl that wouldnt be the same to me and yu say all this shit about its only for now when yu acting like yu turning 17 will change shit smh same shit just one year older and more excuses dragging me along yeah i love yu but i love money more and if that means me being single till i die so be it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 4/28/2019 3:08:27 AM(UTC-4)

4/28/2019 3:03:31 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AB9E2 (Table: Message, Friend, Size: 4231168 bytes)

97

Fuck you for not believing in me. Believing that I will give you everything and no excuses. You see how I am towards everyone in my life, I will do anything for them. And yes I would wait for you. Yes I would. I would have been grateful for everything you would have gave me and been glad that you were giving me everything you can. Yes 17 will change everything because I am able to be there physically and you have seen how much I have grown in 4 months and I will be an amazing woman with you. But you don't believe in me when I need you to. So fuck. You. For not looking towards the future and believing in me. And no I didn't fucking cheat on you. YOU HAVE EVERY ASPECT OF ME AND I AM OFFERING YOU THE WORLD. But. You don't care about that anymore.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:35:02 AM(UTC-4)

4/28/2019 3:07:40 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2ABCCE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

You wouldn't believe in me or stay until I'm 17 and you'd throw it all away when you wasted years on woman that have ruined everything you had. When we will build an empire together and I will love you forever and Always.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:35:02 AM(UTC-4)

4/28/2019 3:09:53 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF2F4 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

You were willing to give hoes and women that fucked you over a better life and you gave them every thing they wanted and they still fucked you over but I am offering you the world, my loyalty, my heart soul mind, life and everything in between and won't wait a couple more months.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:35:02 AM(UTC-4)

4/28/2019 3:20:09 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF45D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

When yu want somthing yu get it when i want somthing i have to wait i want something now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 4/28/2019 3:43:44 AM(UTC-4)

4/28/2019 3:28:23 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF5FE (Table: Message, Friend, Size: 4231168 bytes)

████████████

When I want something or to see you I have to beg you half of the time. And I don't want anything but a life with you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:35:02 AM(UTC-4)

4/28/2019 3:29:54 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF6DE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Since i cant i rather yu do yu and i do me since yu wont get chicks that i can have around her or nothing yu havnt done shit yu keep saying yu will so ill do it and i dont want this with u in my way and i wanna be alone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████████ | | | |

**Read:** 4/28/2019 3:43:44 AM(UTC-4)

4/28/2019 3:29:57 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF7DF (Table: Message, Friend, Size: 4231168 bytes)

████████████

I have downloaded 3 online apps. I was on them for an hour say hey to multiple girls and barely anybody responded.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:35:02 AM(UTC-4)

4/28/2019 3:30:56 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF943 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Not my problem yu should of handled this months ago yur bullshiting around and excuses then and still now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████████ | | | |

**Read:** 4/28/2019 3:43:44 AM(UTC-4)

4/28/2019 3:32:53 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AFA3C (Table: Message, Friend, Size: 4231168 bytes)

Well you kept changing your damn mind about me deleting it and shit.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 4/28/2019 3:50:53 AM(UTC-4)

4/28/2019 3:33:23 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AFB2C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I fucking got this.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 4/28/2019 3:50:53 AM(UTC-4)

4/28/2019 3:33:41 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF0EE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

And then I had that other girl weeks ago but you were too lazy to want to train someone in

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:50:53 AM(UTC-4)

4/28/2019 3:38:06 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AF187 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yur behavior and actions cause see for this is fun for yall and busniess for me with these chicks so hey say whatever yu need to make yurself feel better

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 4/28/2019 3:43:44 AM(UTC-4)

4/28/2019 3:38:37 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AFBF9 (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Excuses excuses nd more excuses

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 4/28/2019 3:43:44 AM(UTC-4)

4/28/2019 3:39:03 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AFD19 (Table: Message, Friend, Size: 4231168 bytes)

No you think so wrong about me. Like fuck. I know it's business.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:50:53 AM(UTC-4)

4/28/2019 3:39:05 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AFDC1 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Not excuses but what you didn't want to do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 3:50:53 AM(UTC-4)

4/28/2019 3:39:27 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AFE8A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Yu find these ugly ass chicks or dude looking hoes nd call that doing something bitch its not lazyness they just not worthy of my time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |

**Read:** 4/28/2019 3:43:44 AM(UTC-4)

4/28/2019 3:40:46 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AFF3F (Table: Message, Friend, Size: 4231168 bytes)

101

mr.mcshan mr.smoke

Yu waste my time

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 4/28/2019 3:43:44 AM(UTC-4)

4/28/2019 3:41:26 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE174 (Table: Message, Friend, Size: 4231168 bytes)

I don't deserve for you to treat me like this when I have been loving you and trying my best to take care of you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 9:47:27 AM(UTC-4)

4/28/2019 4:22:28 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE20C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

And don't tell me to just leave you. You know I won't.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 9:47:27 AM(UTC-4)

4/28/2019 4:22:46 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE305 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

this isn't who you are deep down. You're thoughtful, considerable, caring, sweet, loving and protective. Expressive. Amazingly smart, funny. You're not a whore, you're a man with integrity and love. You give. You build and grow. You're driven. You can't let yourself go down that bad path again. I have fought every day for myself to be okay so we can both get through this. I have fought to try and make you happy or made you laugh or smile. Or been silly just to make you smile just so you can have some joy in your life or when you're having a bad day and it's evident. I know that you doing this all is on purpose. For a big reason.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 9:47:27 AM(UTC-4)

4/28/2019 4:32:52 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE3C6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

You should look at the bigger of picture and Believe in me. If you believe in me and I believe in myself and we believe in each other then we will build an empire together smoothly.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 9:47:27 AM(UTC-4)

4/28/2019 4:34:34 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE6DB (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



Bigger picture*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 9:47:27 AM(UTC-4)

4/28/2019 4:34:49 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE817 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



I love you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 9:47:27 AM(UTC-4)

4/28/2019 8:12:52 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE8AB (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

..

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 4/28/2019 10:50:19 AM(UTC-4)

4/28/2019 10:24:26 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE93B (Table: Message, Friend, Size: 4231168 bytes)

Have a good day. Drive safe and please eat.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 4/28/2019 11:17:35 AM(UTC-4)

4/28/2019 10:52:13 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CE9C3 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I'll come see you tonight. If you want me to. I promise.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 4/28/2019 11:17:35 AM(UTC-4)

4/28/2019 10:53:53 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CEA74 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I'm working til 9. I love you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 4/28/2019 11:17:35 AM(UTC-4)

4/28/2019 10:54:43 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CEB35 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

I'm on break

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 4/28/2019 5:04:04 PM(UTC-4)

4/28/2019 4:03:24 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x27EB1A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



I love you with my whole heart.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 4/28/2019 5:04:04 PM(UTC-4)

4/28/2019 4:06:16 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x27EBAF (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I love yu too

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 5/15/2019 4:23:54 PM(UTC-4)

4/28/2019 4:49:18 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x27EC53 (Table: Message, Friend, Size: 4231168 bytes)

It's funny lmao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 1:33:14 PM(UTC-4)

5/16/2019 1:16:36 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281276 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 5/16/2019 1:31:30 PM(UTC-4)

5/16/2019 1:18:22 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x28130E (Table: Message, Friend, Size: 4231168 bytes)

▌███████▌

How are you today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 1:33:14 PM(UTC-4)

5/16/2019 1:19:00 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281399 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

▌███████▌

I have 19 days left of school btw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 1:33:14 PM(UTC-4)

5/16/2019 1:21:50 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281432 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Yay for yu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▌████▌ | | | |

**Read:** 5/16/2019 1:31:30 PM(UTC-4)

5/16/2019 1:25:36 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2814DA (Table:
Message, Friend, Size: 4231168 bytes)

▌███████▌

For ya

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 1:33:14 PM(UTC-4)

5/16/2019 1:25:45 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281569 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



Us

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 1:33:14 PM(UTC-4)

5/16/2019 1:25:47 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2815F5 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

---

mr.mcshan mr.smoke

So are yu keeping yur job or not so i know how to start planning stuff out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 5/16/2019 1:31:30 PM(UTC-4)

5/16/2019 1:26:07 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x28167E (Table: Message, Friend, Size: 4231168 bytes)

---

What do you think is right?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 1:33:14 PM(UTC-4)

5/16/2019 1:27:54 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x28174E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

---



mr.mcshan mr.smoke

Idc

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 5/16/2019 1:31:30 PM(UTC-4)

5/16/2019 1:28:51 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2817EE (Table: Message, Friend, Size: 4231168 bytes)

[REDACTED]

Babe.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 1:33:14 PM(UTC-4)

5/16/2019 1:28:59 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281879 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Weong person to be asking im addicted to money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [REDACTED] | | | |

**Read:** 5/16/2019 1:31:30 PM(UTC-4)

5/16/2019 1:29:23 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281906 (Table: Message, Friend, Size: 4231168 bytes)

[REDACTED]

I'll keep it til I leave it's good money for my age but I'll still look around for better paying cause always use more money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 1:56:35 PM(UTC-4)

5/16/2019 1:32:07 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2819BA (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

[REDACTED]

I love you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 2:25:57 PM(UTC-4)

5/16/2019 2:02:17 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281AC2 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I love yu too

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 5/16/2019 2:27:22 PM(UTC-4)

5/16/2019 2:11:05 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281B52 (Table: Message, Friend, Size: 4231168 bytes)

I'm always going to be by your side.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 2:25:57 PM(UTC-4)

5/16/2019 2:12:36 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x281BE6 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I'm gonna take a nap, then go over to my grandmas before I head into work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 3:05:19 PM(UTC-4)

5/16/2019 2:28:52 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x281C93 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Drive safe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 3:05:19 PM(UTC-4)

5/16/2019 2:29:56 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x281D63 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

See what else she might have i can use

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 5/16/2019 3:22:38 PM(UTC-4)

5/16/2019 2:50:38 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281DF4 (Table: Message, Friend, Size: 4231168 bytes)



I'm not sure I'll look once I go over there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 3:33:45 PM(UTC-4)

5/16/2019 3:08:04 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2811C2 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



I love you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 5/16/2019 4:11:01 PM(UTC-4)

5/16/2019 3:55:00 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x28109D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I love yu too

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 5/16/2019 4:24:22 PM(UTC-4)

5/16/2019 3:56:04 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x281F29 (Table: Message, Friend, Size: 4231168 bytes)

Still dribing?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 4:11:01 PM(UTC-4)

5/16/2019 4:09:32 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data.com.snapchat.android/databases/main.db : 0x28112D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data.com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Driving*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 4:11:01 PM(UTC-4)

5/16/2019 4:09:39 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AE18A (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 5/16/2019 4:24:22 PM(UTC-4)

5/16/2019 4:09:54 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AE21A (Table:
Message, Friend, Size: 4231168 bytes)

About to get ready for work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 4:11:01 PM(UTC-4)

5/16/2019 4:10:12 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AE2A6 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



But okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 4:11:01 PM(UTC-4)

5/16/2019 4:10:19 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AE346 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

I gotta go pee then I'll call you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 4:26:01 PM(UTC-4)

5/16/2019 4:10:31 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AE3D7 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

mr.mcshan mr.smoke

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

4:24:22 PM(UTC-4)

5/16/2019 4:11:08 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AE47F (Table:
Message, Friend, Size: 4231168 bytes)

---

I called you 2 times

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 5/16/2019 4:26:01 PM(UTC-4)

5/16/2019 4:15:56 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2AE507 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

Not gonna lie to you. But nothing feels good cause I know you aren't feeling good. I feel you. I seriously feel how you feel. I let myself feel you so I also don't get the pleasure of shit in life.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 3:47:27 AM(UTC-4)

6/10/2019 3:35:53 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x287883 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Its over

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 3:43:07 AM(UTC-4)

6/10/2019 3:36:04 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2879D3 (Table: Message, Friend, Size: 4231168 bytes)

You want me to feel your pain? I do every day cause I know how you feel so I feel you. And I never feel happy or anything without you. Without you being happy I'm not fucking happy.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 3:47:27 AM(UTC-4)

6/10/2019 3:38:55 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x287A63 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Im just gonna fuck maddie

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 3:43:07 AM(UTC-4)

6/10/2019 3:40:42 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x287BA0 (Table: Message, Friend, Size: 4231168 bytes)



| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:49:40 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x287C40 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

mr.mcshan mr.smoke

Yu always hiding shit from me but swear to god yu dont and wo der why yu dont ha e my trust

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:49:47 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x287D7E (Table: Message, Friend, Size: 4231168 bytes)

---

I know why I don't have your trust.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:50:19 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x287E62 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

---

mr.mcshan mr.smoke

Yu can send yu stupid message all yu want its the point off i dont play with my dick nothing so when yu get me worked up and dont go do it but go play with yurself fuck yu flate out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:52:19 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x287F0F (Table: Message, Friend, Size: 4231168 bytes)

Those messages are not stupid. They are just as important as what your saying to me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:53:02 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF0B8 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

So be mad im fucking maddie accept it yu promised me tonight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:53:10 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF195 (Table: Message, Friend, Size: 4231168 bytes)

Because I thought I really could.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:53:29 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF259 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Do. Not. Fuck. Maddie.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:53:37 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF302 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

No there not cause i dont give a fuck about if i hurt yur feels and that dumb ass hmjob

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:53:42 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF39F (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Yu wanna leave me hanging time aftet time

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:53:53 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF47F (Table: Message, Friend, Size: 4231168 bytes)

I never want to leave you fucking hanging.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:54:17 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF52F (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yu was all for it tilm yu busted a but then yu started the bullshit it happens every time so fuck yu

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:54:22 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF5E0 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

I never wanted to cheat or loss yu but if it happen its on yu

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:54:49 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF6CC (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Yu go fuck yur sister now or i go fuck maddie cause see yu tske my word ans what i say as a joke ans think if yu say yu love me ill let it go naw not gonna fly

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:56:02 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF790 (Table: Message, Friend, Size: 4231168 bytes)

No it's on you. It's your choice of the matter. And I am doing what I fucking can. They are sleeping. So I will go right fucking now. I hate you for being this way sometimes. I hope you know that. Cause it doesn't have to be this way and I don't make it this way sometimes at all.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:56:02 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CF8B4 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Bye its on me lol yu hot life fucked up

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:56:24 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFA5D (Table: Message, Friend, Size: 4231168 bytes)

I NEVER TAKE YOUR WORDS AS A JOKE.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:56:25 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFB09 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Bye

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:56:30 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFBB1 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

I hate yu ehen yu play me like im some chump ass kid

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:56:57 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFC39 (Table: Message,
Friend, Size: 4231168 bytes)

I do not got life fucked up. I know how shit is.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:57:04 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFCF5 (Table: Message,
Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E
(Size: 252031 bytes)

I'm not playing you for fuck sake.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:57:19 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFDAE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Naw let me show yu how done playing tbese games

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:57:44 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFE5B (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

I am

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:57:51 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFF0E (Table: Message, Friend, Size: 4231168 bytes)

I'm not playing fucking games with you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:58:19 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2CFF9A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

See cause yu wanna get me excited and talk a good game but see i can show better then i can tell yu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ | | | |

**Read:** 6/10/2019 4:04:48 AM(UTC-4)

6/10/2019 3:58:50 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2B61AD (Table: Message, Friend, Size: 4231168 bytes)

███████████

I never do. You never believe me and then you get this way and you disregard everything.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:04:42 AM(UTC-4)

6/10/2019 3:58:57 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2B60CC (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ | | | |

6/10/2019 3:58:59 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x28782B (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Or getting her to yurs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ | | | |

**Read:** 6/10/2019 4:55:43 AM(UTC-4)

6/10/2019 4:50:51 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F1B9 (Table: Message, Friend, Size: 4231168 bytes)



Yeah I'll be down in mine in a minute

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/10/2019 4:59:43 AM(UTC-4)

6/10/2019 4:50:53 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F255 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Good h

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:55:43 AM(UTC-4)

6/10/2019 4:51:19 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F301 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Yu hot this

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:55:43 AM(UTC-4)

6/10/2019 4:51:24 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F38C (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Sanap me a pic

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 4:55:43 AM(UTC-4)

6/10/2019 4:51:30 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F41B (Table: Message, Friend, Size: 4231168 bytes)



I do

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:59:43 AM(UTC-4)

6/10/2019 4:51:30 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F4AE (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Snap me a of u at the moment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:52:51 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F53B (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:55:29 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F5DE (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

...

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:57:31 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F665 (Table: Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Hello.

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:57:41 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F6EC (Table:
Message, Friend, Size: 4231168 bytes)



I'm heading downstairs

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:59:43 AM(UTC-4)

6/10/2019 4:58:12 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F778 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Is she with yu

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:58:25 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F818 (Table:
Message, Friend, Size: 4231168 bytes)



Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:59:43 AM(UTC-4)

6/10/2019 4:58:40 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F8AB (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Good im proud of you

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:58:51 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F934 (Table:
Message, Friend, Size: 4231168 bytes)

Thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:59:43 AM(UTC-4)

6/10/2019 4:59:01 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26F9CF (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I love pub

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:59:43 AM(UTC-4)

6/10/2019 4:59:14 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FA5F (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

You

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 4:59:43 AM(UTC-4)

6/10/2019 4:59:16 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FAEF (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

How is she reacting so far

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:59:22 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FB78 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Send me a quick pic

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:59:32 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FC17 (Table:
Message, Friend, Size: 4231168 bytes)



mr.mcshan mr.smoke

Iloveyu2

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 4:59:37 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FCAE (Table:
Message, Friend, Size: 4231168 bytes)

She's very tired

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 5:14:53 AM(UTC-4)

6/10/2019 4:59:52 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FD3D (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

No I love you,

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 5:14:53 AM(UTC-4)

6/10/2019 5:00:01 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FDD5 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

You-*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 5:14:53 AM(UTC-4)

6/10/2019 5:00:16 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FE69 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

I love yu more and wheres a simple pic please

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 5:00:37 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FEF6 (Table: Message, Friend, Size: 4231168 bytes)

Yes. Baby gimme me a min

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 5:14:53 AM(UTC-4)

6/10/2019 5:01:14 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26FFAA (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

If yu can text yu can low key snap a pic

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 5:01:36 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2961A6 (Table: Message, Friend, Size: 4231168 bytes)



I know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 5:14:53 AM(UTC-4)

6/10/2019 5:01:52 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x29607E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



One sec

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 5:14:53 AM(UTC-4)

6/10/2019 5:01:57 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x296255 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/10/2019 5:12:37 AM(UTC-4)

6/10/2019 5:02:10 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2962E2 (Table: Message, Friend, Size: 4231168 bytes)

I love you baby don't be mad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/10/2019 5:14:53 AM(UTC-4)

6/10/2019 5:02:51 AM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x296382 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 1:55:29 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2604A2 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

This is her. She's 19, she lives in sebewaig but she doesn't have her licenses yet cause of lack of money. She doesn't have a job yet cause lack of transportation. She's very serious and she said that she would love to hang out and get to know us and smoke and drink. She's not on any bullshit. She was cheated on a few times, and she's had bad experiences with boys. Also she does have anxiety but she's street smart and she's graduated high school

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 1:57:22 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26068C (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Her name is Sydney

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 1:57:31 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2608E4 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

████████████

I told her that you can be controlling and an asshole, but she understands that but I also said you can be a teddy bear that is caring.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 1:58:47 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x26097D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Ill find somoe yur fired im sick of these ugly stuck up trolls yu sending

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |

**Read:** 6/17/2019 2:15:18 PM(UTC-4)

6/17/2019 2:00:17 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260A8A (Table: Message, Friend, Size: 4231168 bytes)

████████████

She's not stuck up. And she's not ugly.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:00:41 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260B5A (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

████████████

If you see through the shit then not ugly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:00:59 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260C0B (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Yu keep sending these chicks stuck in lala land and take life as a joke and my life as a joke just like yur dumb ass

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆▆▆ | | | |

**Read:** 6/17/2019 2:15:18 PM(UTC-4)

6/17/2019 2:01:08 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260CBC (Table: Message, Friend, Size: 4231168 bytes)

▆▆▆▆▆▆▆

Babe she's not stuck in lala land. And knows life isn't a joke.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:01:33 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260DB8 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▆▆▆▆▆▆▆

I'm not sending you anyone that is like that anymore. I had to find out if they were or not and she's not.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:02:26 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260E81 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

▆▆▆▆▆▆▆

And that chick with the baby, you said she wasn't cute but she wasn't ugly

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:02:44 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260F76 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

███████████

And she knows how life is.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:03:13 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF172 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

███████████

And this chick just doesn't know how to take pics

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:03:32 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF213 (Table: Message,
Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E
(Size: 252031 bytes)

███████████

I told her to add you on snap just give it a chance

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:04:10 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF2CC (Table: Message,
Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

Have a great day fucker

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ | | | |

**Read:** 6/17/2019 2:15:18 PM(UTC-4)

6/17/2019 2:04:19 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF385 (Table:
Message, Friend, Size: 4231168 bytes)

Baby.

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:12:18 PM(UTC-4)

6/17/2019 2:04:29 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF428 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

Kiss my midnight dark black ass and fuck off becky

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| | | | |

**Read:** 6/17/2019 2:15:18 PM(UTC-4)

6/17/2019 2:05:18 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF4B5 (Table: Message, Friend, Size: 4231168 bytes)

Ima get up and go get you some clothes and come see you.

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:46:40 PM(UTC-4)

6/17/2019 2:06:11 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF56D (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

She's book smart and street smart

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:46:40 PM(UTC-4)

6/17/2019 2:12:54 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF62E (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

She took law classes in school so it broadened her perspective on life

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:46:40 PM(UTC-4)

6/17/2019 2:21:57 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF6D7 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

I wanna just be left alone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/17/2019 2:47:48 PM(UTC-4)

6/17/2019 2:32:19 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF7A4 (Table: Message, Friend, Size: 4231168 bytes)

I love you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 2:46:40 PM(UTC-4)

6/17/2019 2:33:25 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF843 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)



mr.mcshan mr.smoke

I love yu too

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

**Read:** 6/17/2019 2:47:48 PM(UTC-4)

6/17/2019 2:42:26 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF8D3 (Table: Message, Friend, Size: 4231168 bytes)

mr.mcshan mr.smoke

Iloveyu beautiful but yu cant be sleeping all day

| Participant | Delivered | Read | Played |
|---|---|---|---|

**Read:** 6/17/2019 3:03:00 PM(UTC-4)

6/17/2019 2:47:58 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF967 (Table: Message, Friend, Size: 4231168 bytes)

I love you you baby and I'm not sleeping all day

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 3:31:47 PM(UTC-4)

6/17/2019 2:48:21 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DF0B9 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E
(Size: 252031 bytes)

I had woke up and I felt so much darkness and I went back to sleep

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 3:31:47 PM(UTC-4)

6/17/2019 2:48:40 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DFA1F (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E
(Size: 252031 bytes)

When you tell me what you think of that chick and if you approve then I'll go get her today

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan mr.smoke | | | |

**Read:** 6/17/2019 3:31:47 PM(UTC-4)

6/17/2019 3:11:59 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DFAE8 (Table: Message, Friend, Size: 4231168 bytes)
USERDATA (ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml : 0x788E (Size: 252031 bytes)

Or we should take a trip up there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/17/2019 3:31:47 PM(UTC-4)

6/17/2019 3:12:10 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DFBCD (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I know you need a chick now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/17/2019 3:31:47 PM(UTC-4)

6/17/2019 3:12:24 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DFC76 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

I'm going to the store in a few mins

| Participant | Delivered | Read | Played |
|---|---|---|---|
| mr.mcshan | | | |
| mr.smoke | | | |

**Read:** 6/17/2019 3:31:47 PM(UTC-4)

6/17/2019 3:21:29 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2DFD1B (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)

mr.mcshan mr.smoke

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

6/17/2019 3:24:03 PM(UTC-4)

Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x2603C0 (Table:
Message, Friend, Size: 4231168 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260404 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)



Source Info:
USERDATA (ExtX)/Root/data/com.snapchat.android/databases/main.db : 0x260449 (Table:
Message, Friend, Size: 4231168 bytes)
USERDATA
(ExtX)/Root/data/com.snapchat.android/shared_prefs/com.snapchat.android_preferences.xml
: 0x788E (Size: 252031 bytes)