

Government Exhibit E















Michael,

Please stop. We both know you do not actually want me back. You are only saying the things you are so that you can continue to use me as free labor and your human punching bag. I know that at one point in our relationship you truly loved me and I truly loved you, ~~~~ However somewhere along the way we lost that love for each other. I do still have enough love and respect for you to see that we are not healthy mentally or physically for each other. Please grant me the same courtesy. Mom and ▓▓▓ both deserve to see a better version of you then I bring out when we are around each other. Your mom loves you with everything she has and then some and it kills her to see you act the way you do with me. I am by no means claiming to be perfect or that I do nothing wrong. At no point did I think I was better then you. I just want you, Clairece and ▓▓▓ to be happy and it has been made very clear that that can only be accomplished without me.

I am safe, you no longer have to worry about me. I am working towards a me that can actually stand on my own and not have to rely or lean on anyone. I apologize that I have given you so much power over ~~~~ my life for so long. I should have seen what was happening and put a





