

Yesterday 10:42 PM

M j



▇ is this yu ? is it okay to talk here ? I know yur probably still mad at me or think I'm mad at yu ..I'm not .. its important

I forgive yu for how yu did me I wanna fresh start if this is really yu





00118