Hello Ms. Smith, 03.05.20

As MV-1's parents, we are writing this letter to express our concern that Michael Mcshan is a dangerous person who has threatened to kill MV-1 and her family if she left his home/told anyone about him. According to MV-1, he also made it clear that he would aggressively go after her family to kill them or send his people to kill her family. Michael Mcshan is well aware of where we live as MV-1 has told us he has driven down to [our location] to pick her up because he forced her to meet him to have sex. Michael Mcshan also has no regard for the police. He specifically ridiculed MV-1 about her [close relative] being a cop and said her [close relative]/Police couldn't do anything to him.

    As recently as this Tuesday, March 3, 2020, Michael found MV-1 on Pinterest and sent her a message saying that he forgives her for what she did to him, he wasn't mad at her and wanted a fresh start. We feel that it is critical that Michael Mcshan stays in jail for the safety of our entire family which includes 5 other children other than MV-1. He is certainly allowed his due process in court but he should never be allowed to threaten the lives of others and be free to carry out the threats.

Sincerely,

MV-1 and her parents

