Excerpt of statement from Madison's parent

In July 2018, Madison reached out to my mother (redacted) because Mr. McShane had kicked her out of the house and she had nowhere to go. My mother drove almost 2 hours to pick her up and she stayed with her for almost a week, but then asked to be taken back. While she was at my mother's she shared little information, and remained in contact with Mr. McShane. He quickly apologized for throwing her out on the street, and that she should come back because he forgave her.

In December 2018 I received a call from the police (Lansing or State, cannot recall which) that they had picked up my daughter who had been walking down the street without a coat on, and a large bump above her eye. She had given them a false name, and lied about how she received the bump. They took her to the Lansing airport so she could wait someplace warm until I could drive from Ann Arbor to get her. This was the first time I had seen her in over a year. She was very thin and had a large goose egg above her eye. She told me that Mr. McShane had gotten angry with her and smashed her head into the wall. I asked her why she lied to the police and she told me she did not want them to go to their house, because that would make Mr. McShane even more angry. She refused medical treatment . . . . She was home for about a week and then disappeared. Again, leaving a new job, and family behind. I got ahold of her after a few days and she had gone back to Lansing.



GOVERNMENT EXHIBIT O

Several months later (I am not sure of the date), I received a call from Madison that she was safe and OK, but was going to stay at a women's shelter. She said he had beat her, and she was leaving to be safe. She was there for a couple days, and then went back again.

September 2019 I received a call from Madison that she was at a plasma bank in Lansing. She was trying to get money to get a bus ticket to come home. She said that she had had enough and asked me to come get her. When I saw her I started to cry. She was so very thin, pale, and large bruises over most of her body. She showed me her back, which had long thin bruises and told me that Mr. McShane had beat her with a PVC pipe. She told me that she was pretty sure her nose had been broken, and her ear drum damaged. She told me this had happen several days earlier, but she did not want me to see her so beat up, so she waited to heal some. She had 3 layers of clothes on and told me that she snuck out of the house while Mr. McShane was sleeping. She refused to let me take pictures of her, and did not want to press charges. I told her that she needed to go to counseling and get some medical attention. She agreed to both. Madison got a couple part time jobs & started counseling. She admitted to me that she had to force herself every day not to reach out to Mr. McShane. She said if she talked to him she knew that he would convince her to come back. She knew that was not what she wanted, but also knew that he would convince her otherwise. While she was home she told me horrible stories on

how he had treated her, and the other girl living with them (MV-1). She had been beaten many times, and forced to care his marijuana plants. Madison also took care of Mr. McShane's mother, who she came to care for while she was there. She admitted to me that he had made her sell her car not long after she moved up to Lansing, so she would not be able to come home. He also controlled when she was able to have contact with me, and she was never allowed to talk to me without him sitting right next to her. Mr. McShane made her lie about everything. He controlled every move she made.

Madison was showing great improvement while she was home. She was working, had a new boyfriend, spending time with family, and enjoyed going to the councilor. She felt that it was really helping. She was back to her normal happy self. I had my little girl back.

Unfortunately, he would not loosen his grip on my daughter. He was relentless. Both him and his mother were sending texts and call my family and myself, trying to get in contact with Madison. He sent flowers, letters and constantly tried to get Madison to talk to him. Every time he would text me, I would block his number, then he would just get a new one and continue on. I told Madison that I would not lie or hide things from her, but begged her not to have contact with him. She did send him a couple letters asking him to leave her family alone and that she was not coming back. This just seem to provoke him more. Madison was concerned

that Mr. McShane would sent his associates to come and kidnap her or hurt us. This was just another way he controlled her.

January 2020 I had received many text from Mr. McShane in one day. I let Madison know that he was really being relentless that day. She said she would handle it. I asked her not to call him, and that I would just continue to block his texted. She was very upset and said that she had had enough. Madison told me that she would create an email address and reach out to him and tell him if he did not stop that we were going to get the police involved. I told her I did not think that was a good idea, but she insisted. I asked her to delete that email address after she sent the message, so that he could not respond to her. She told me she did, but I soon found out that was a lie. A couple days later she told my sister that she was going over to her boyfriend's house to spend the night… which was a normal occurrence. The next day I received a text from her boyfriend. He wanted to know if Madison was OK? I said "I thought she was with you?". He told me that she did not come over, and that she messaged him that morning that she went back to Mr. McShane. I called her to find out what was going on, and she told me that she had to go back to be with her soul mate. While I was on the phone with her, I could hear Mr. McShane in the back ground.. commenting on our conversation. I asked that he leave the room so I could talk to Madison alone. He said he would, but did not. I continued to hear him, and then he made her hang up.

. . .

March 2020 I had sent Madison a birthday card and sent a texted to every number that I had for her hoping she would reach out. I did not hear from her right away, but several days after her birthday she contacted me. I was not sure I would ever hear from her again, or even if she was alive, so I was relieved she reached out. She informed me that the feds had raided their house and Mr. McShane was in jail. I did not ask many questions, but did breathe a sigh of relief. I know that at least for a while he will not be able to physically harm my daughter, even though he is still able to mentally control her.

. . . .

Thank you

[Madison's parent]