To the Honorable David M. Lawson,

My name is Kayla Minhinnick and I have known the defendant Michael McShan since February 2010. I was not a victim in this case nor was anyone that I know. I met Michael when I was 17, and within two months, I got pregnant.

I did not always believe he was a bad person. I found out I was pregnant May 2011. That's when everything in our relationship took a turn for the absolute worst. That's when the Michael could "claim" something as his, it did not matter if it was a life or an inanimate object, it was his. That's when Michael started taking my phone away and telling me who I could talk too, he became incredibly controlling and I could not do anything unless I got his permission first. He believed that because I was pregnant with his child that I was his property and I could not leave. He became physically abusive in the relationship at this point, I was about four months pregnant. At one of my check up appointments, my doctor told Michael that if she sees me look as bad as I did ever again, she was going to report it. I had not slept the night before or ate. I had my grandmother pick me up one time because he locked me out of the house and it was cold and rainy.

My daughter was born February 2012, and the physical and emotional abuse became more toxic and hurtful. I had to start putting on thick makeup to leave the house, or go to work to hide the black eyes. I was told I was huge and needed to lose weight. After an argument had started, I asked Michaels mother Clairece to take my daughter and I to my mothers house and he got so angry that he smashed his fists through the back car window where myself and my daughter were sitting. I called the police that day and asked for an escort to be there while I got my stuff out. I had forgot a couple bags of clothes

and sentimental pictures that I had asked to have back. Michael did give them back, but when I opened the bags all of my clothes had been cut and bleached and he had written explicit words across all of my pictures. My daughter still remembers that day and she is ten now. Stupidly, I kept going back because he kept telling me that he was sorry and that he wouldn't do it anymore, he'd say how much he loved me and wanted us to be a family. Things would be okay for a few days and then I would say or do something he didn't like and it would be right back to the abuse.

  I was told I had to get a job to support him while he was trying to grow marijuana and sleeping with other women for money. When I worked at Starbucks, my boss was throwing a work party and it was at a bowling alley about five minutes away from where we lived. I told him a girl friend from work who he had met already was going to pick me up to go, he seemed fine about it at first, but within twenty minutes of me leaving the house, he started texting me and calling me. He was calling me a bunch of names so I asked my friend to take me back home. When I got back home, he came down the stairs and he had this crazed look in his eye and started screaming at me that I was cheating, I just didn't say anything because I knew If I did, he'd get even more angry. Michael then went into the kitchen, grabbed the garbage can and dumped the garbage can out all over my head and starting calling me trash, then flicked his lit cigarette at my face, so I started to go up the stairs to clean myself off and he ran up behind me, pushed me into the corner, shoved his finger into my eye multiple times and kept repeating himself "you make me do this". I started to yell for Clairece to help and all she would say was "Michael, stop it. Just come down here". The next day my mother and step father came to pick me up for work because the defendant

said I could not take the car and my mother had noticed my eyeliner was very thick, she asked me why and before I could say anything, that's when my two year old daughter said "daddy hit mommy in the eye". I caught Michael cheating on me when I came home from work the same day and when I ran to call the police because this girl had a warrant out for her arrest and I just wanted her gone, Michael attacked me. His mothers room had a conjoined door to a bathroom that also had access to the breakfast nook area. I ran into one door and locked it but before I could get to the other door, Michael had grabbed me. He threw me to the ground, shoved a washcloth into my mouth and covered my nose and mouth. He began screaming at me that I did this to myself and when I glanced into his mothers room, she was just sitting on her bed and my daughter was looking into my eyes. I thought I was going to die that day.

I left Michael in February 2014, because I could not handle the abuse anymore that was now happening in front of my daughter and I was fearful for not only my life but her life as well. He has not seen my daughter in, I believe, 5 years. It always had to be when HE wanted to see her, or when HE had time, it always had to be convenient for him. I can't help but think or wonder what would have even happened if he had seen her within the last five years. The only thoughts going through my head was that I was so thankful that she had not been with him. MV2 was around the same age as my daughter, and I have been sick ever since. I constantly question myself;
What happened when my daughter was with him?
Why did my daughter never want to be there?
Why was my daughter always terrified to go?

She would always cry and hold me tightly when it was getting closer to her having to go be with him.

I started not letting my daughter go with him because I was not certain of what was really going on, or if something already happened. My daughter never told me if anything happened and when I asked questions, it was always a no.

His actions from when we were together still bother me today, I have trust issues even in my current marriage, because I had given my heart to someone who I thought wanted it and he just used it to his advantage. I don't trust anyone around my daughter because now I know I never truly know who anyone really is. I am finally beginning to find myself after being present during the trial, and feeling like a weight had been lifted when I heard the verdicts. I am just so pleased and thankful that my daughter was not involved. With him not seeing her already for five years, he really can't get the time to even try to make contact her for another fifteen and that does not bother either of us at all. My heart shatters for the victims involved, and for the victims who have to build themselves up again. I know from experience that it is hard. I am ever so thankful that my daughter does not have to see him and I hope that his sentencing is of the harshest punishment because of what he did to these victims is not something to go easy on.

Thank you for your time on reading this.
Kayla Minhinnick

**Impact statement from MV-1 and MV-2's mother**

Dear Honorable Lawson,                                          February 22, 2022

Michael McShan groomed, manipulated and preyed on my daughter for many months.  He controlled everything she did, from what she ate (cans of fruit only) because he wanted her skinnier.  He manipulated her into thinking her parents were horrible and didn't love her.  He told her "I don't care if your Dad is a cop, (Oakland County Deputy Sheriff for 38 years), he can't do anything to me.
He tried getting her, a 16 year old, pregnant multiple times.  My daughter was depressed and suicidal and petrified for most of her Jr year.  We couldn't figure out what was wrong with her.  He threatened that he would kill our family if [MV-1]"told" on him or anything about him.  He made her steal $1500 from us. He told her, "your Dad won't miss it."  He demanded 100% of her paycheck from her minimum wage job at Chicken Shack.  He made her solely dependent on him.  She wasn't allowed to talk to her male co-workers as he said he was watching her at work.  He had her under his complete control.

Referencing the Power and Control Wheel attached to this email, his actions were intentional and insidious to make [MV-1] do what he wanted her to do.  She was his slave.  Michael preyed on a naive, emotionally vulnerable 16 year old CHILD.  He made her send nude pictures of herself which compromised her values

1

and demeaned her.  He made her try to "get" her baby sister (videoing attempting to molest her).   He has SCARRED both of my daughters mind, body and spirits.  He stole their innocence.

I was frantic, petrified and anxious not knowing where my child was and who she was with.  My once thick long hair fell out due to the stress and is just now getting back to normal after 2 years. I could barely function to take care of the rest of my family.  My other [ ] children had a hard time focusing on school and going about their everyday lives.  There was a dark cloud of impending doom and depression over our family for the 2 months she was missing.

When [MV-1] escaped she was emancipated from being starved.  Her once long thick waist length hair was cut short and dyed blonde by Michael so no one would recognize her if she went out in public. She was filthy and smelled inundated of marijuana as it was exuding from her pores.  She had to sleep between her parents for the first two weeks she was home because she was petrified that Michael or his "associates" would come and kill her family.  [MV-1] couldn't go by windows or doors for fear he would see her.  My younger children couldn't go outside and play for fear they too, would be taken or harmed.

2

Michael is dangerous to the public. He has not and will never be capable of being a productive member of society based on his past behavior. He harms women any way he sees fit to get what he wants. [MV-1] witnessed horrific abuse of Madison that she will never forget. He has no soul or conscience. He is a psychopathic narcissist in every nature of the meaning. He enticed my CHILD with insidious lies and treated her like a piece of meat. He is a HUMAN TRAFFICKER in every sense of the word.

He also stole money from us but also made her leave her vehicle on the side of the expressway that was ultimately totaled by a semi. He is a menace to society and psychopathic narcissists know how to "fake" emotions and integrate themselves into society. He will never be able to be rehabilitated. Michael McShan belongs in prison until the day he dies and he goes to hell.

3:29 

thehotline.org

subtle, continual behaviors over time, while the outer ring represents physical and sexual violence. Abusive actions like those depicted in the outer ring often reinforce the regular use of other, more subtle methods found in the inner ring.



Copyright by the Domestic Abuse Intervention Project
202 East Superior Street, Duluth, MN, 55802
218-722-2781



4